# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br>*Plaintiff*<br>v.<br>STEPHEN SINCLAIR, DR. VARNELL, DR. WALKER, DR. BRUCE C. GAGE, DR. KARIE RAINER, CRYSTAL CONTREAS, DR. REYES, and DR. SMITH,<br>*Defendant* | Civil Action No. 4:19-cv-05023-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's application to proceed in forma pauperis, ECF No. 2, is DENIED.
This action is DISMISSED for non-payment of the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN. on an application to proceed in forma pauperis.

Date: 7/30/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez